**FILED**
Oct 13 2021
1:19 pm
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY    s/ gloriav    DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

December 2020 Grand Jury

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>SHAPOUR MOINIAN,<br>  aka Lion King,<br><br>    Defendant. | Case No. '21 CR2927 JM<br><br>I N D I C T M E N T<br><br>Title 18, U.S.C., Sec. 1001 -<br>False Statement |

The grand jury charges:

Count 1

On or about July 7, 2017, within the Southern District of California, defendant SHAPOUR MOINIAN, aka Lion King, in a matter within the jurisdiction of the executive branch of the Government of the United States, to wit: a Questionnaire for National Security Positions, Standard Form 86 ("SF 86"), did knowingly and willfully make the following materially false, fraudulent, and fictitious statements and representations, when MOINIAN represented and stated that:

    1) He had not had close or continuing contact with a foreign national within the last seven (7) years; and

    2) He had not been asked to work as a consultant, or consider employment by a foreign national within the past seven (7) years.

All in violation of Title 18, United States Code, Section 1001.

JNP:FAS:nlv:San Diego:10/13/21

Count 2

On or about March 12, 2020, within the Southern District of California, defendant SHAPOUR MOINIAN, aka Lion King, in a matter within the jurisdiction of the executive branch of the Government of the United States, to wit: Standard Form 86 Certification, ("SF 86C"), did knowingly and willfully make materially false, fraudulent, and fictitious statements and representations, when MOINIAN represented and stated that:

1) He had not had close or continuing contact with a foreign national within the last seven (7) years; and
2) He had not been asked to work as a consultant, or consider employment by a foreign national within the past seven (7) years.

All in violation of Title 18, United States Code, Section 1001.

DATED: October 13, 2021.

RANDY S. GROSSMAN
Acting United States Attorney

By: *(signature)*
FRED SHEPPARD
JOHN PARMLEY
Assistant U.S. Attorneys